FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0655

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**DA 22-0655**

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHRISTOPHER PAUL MCKEEN,

      Defendant and Appellant.

**ORDER**

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief and Declaration in Support by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from February 26, 2024, to March 27, 2024.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024